744

**E. A. GERETY, William Harrah, Charles Brown and Harold Pool, Appellants, v. ABBOT KINNEY COMPANY, Appellee.**

No. 11397.

Circuit Court of Appeals, Ninth Circuit.

April 10, 1947.

Leslie L. Heap, D. M. Kitzmiller, and Cobb & Utley, all of Los Angeles, Cal., for appellants.

Grainger & Hunt and Nicholas & Davis, all of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and ORR, Circuit Judges.

PER CURIAM.

The decree and order appealed from, 66 F.Supp. 841, is affirmed.

**W. R. KELLEY, Appellant, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellee.**

No. 11863.

Circuit Court of Appeals, Fifth Circuit.

April 17, 1947.

John J. Watts, of Odessa, Tex., for appellant.

Chas. C. Crenshaw, of Lubbock, Tex., and James D. Willis, of Pecos, Tex., for appellee.

Before McCORD, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment in the above numbered and entitled cause is affirmed.

**UNITED STATES ex rel. Anthony S. ORLANDO, Appellant, v. Ugo CARUSI, Commissioner of Immigration and Naturalization, Philadelphia, Pa.**

No. 9299.

Circuit Court of Appeals, Third Circuit.

Argued April 11, 1947.

Decided April 18, 1947.

Harry R. Back, of Philadelphia, Pa. (H. Jerome Jaspan, of Philadelphia, Pa., on the brief), for appellant.

Maurice A. Roberts, Chief, Dist. Adjudications Division, Immigration and Naturalization Service, of Philadelphia, Pa. (Gerald A. Gleeson, U. S. Atty., and James P. McCormick, Asst. U. S. Atty., both of Philadelphia, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.